UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CR-60322-JIC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAOUL WEIL

    Defendant.
_____/

NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for United States of America.

    Dated this 1st day of November, 2013.

.

                                                  Respectfully submitted,

                                                  KATHRYN KENEALLY
Date:  November 1, 2013                         ASSISTANT ATTORNEY GENERAL
                                                  TAX DIVISION

                                   By:    /s/ Mark F. Daly
                                             Mark F. Daly
                                             Florida Bar No. A5501435
                                             Senior Litigation Counsel
                                             United States Department of Justice, Tax Division
                                             Criminal Enforcement Section
                                             601 D Street NW – Room 7334
                                             Washington, DC 20004
                                             Tel:  (202) 514-5150
                                             Fax:  (202) 616-1786
                                             Mark.F.Daly@usdoj.gov