UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CR-60322-COHN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAOUL WEIL,

    Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCES

Aaron R. Marcu, Kimberly Zelnick and David S. Mandel file their appearances as counsel for the above-named defendant. Counsel agree to represent the defendant for trial proceedings and all proceedings in the District Court.

Counsel acknowledge responsibility to advise the defendant of the right to appeal, and to file a timely notice of appeal if requested to do so by the defendant.

Counsel hereby state that these appearances are in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

Dated: December 24, 2013                    Respectfully submitted,

                                                               Aaron R. Marcu, *pro hac vice*
                                                               Kimberly Zelnick, *pro hac vice*
                                                               FRESHFIELDS BRUCKHAUS DERINGER LLP
                                                               601 Lexington Avenue, 31st Floor
                                                               New York, NY, 10022
                                                               Telephone: 212.277.4010
                                                               aaron.marcu@freshfields.com
                                                               kimberly.zelnick@freshfields.com

                                                               MANDEL & MANDEL LLP
                                                               1200 Alfred I. duPont Building
                                                               169 East Flagler Street
                                                               Miami, Florida 33131
                                                               Telephone: 305.374.7771
                                                               Facsimile: 305.374.7776
                                                               dmandel@mandel-law.com


                                       By:   /s/  David S. Mandel
                                                       DAVID S. MANDEL
                                                          Florida Bar No. 38040

                                                              *Counsel for the Defendant Raoul Weil*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served via CM/ECF on December 24, 2013.


                                                                       /s/  David S. Mandel