# COURT MINUTES

## U.S. MAGISTRATE JUDGE ALICIA O. VALLE - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | RAOUL WEIL (B) | CASE NO: | 08-60322-CR-Cohn |
| AUSA: | Mark Daly/Jason Poole *present* | ATTY: | (local: David Mandel) Aaron Marcu/ Kimberly Zelnick *present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | ARRAIGNMENT | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN.: | | | | |
| STATUS CONFERENCE: | 1-22-14 | 11:00am | SNOW | |

DATE: 1-6-14  TIME: 2:30pm  DAR 11:05:40  Begin: _____  End: ③

5 min