UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60322-CR-Cohn

UNITED STATES OF AMERICA

               PRISONER# _____
vs             LANGUAGE *English*

RAOUL WEIL           ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before a U.S. Magistrate Judge in the Southern District of Florida on 1-7-14, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address/ Custody: ___See Bond___

DEFENSE COUNSEL:    Name: ___Aaron Marcu/Kimberly Zelnick (local:___

                   Address: ___David Mandel)___

                   Telephone: _____

BOND SET/CONTINUED:  $___Cont'd on bond___

Bond hearing held: yes___ no___ Bond hearing set for _____

Dated this __7th__ day of __January__, 2014.

STEVEN LARIMORE
CLERK OF COURT

By: _____
Deputy Clerk