SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CR-60322-JIC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| RAOUL WEIL, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**GOVERNMENT'S RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and is numbered to correspond with Local Rule 88.10.

A. 1. There are no recorded statements of the defendant. To the extent that written statements of the defendant exist, they have been produced to the defendant as part of the UBS AG corporate records AS detailed below.
2. There are no oral statements made by the defendant before or after his arrest in response to interrogation by a then known-to-be government agent.
3. The defendant did not testify before the grand jury.
4. The defendant's NCIC record has been produced.
5. Certain books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belong to the defendant are being produced in electronic form and delivered by hand.

a. On December 23, 2013, the government produced AG corporate records that were produced to the government either directly or through a third party. The original production consisted of 11,055 documents totaling 55,918 pages.

On January 17, 2014, the government completed production by producing an 1,141 documents totaling 3,214 pages.

    b. On January 17, 2014, the government produced records for accounts held by U.S. persons at UBS AG. Those documents are approximately 3.8 million pages.

    c. On January 17, 2014, the government produced records maintained by the IRS records concerning UBS AG's cross-border banking business. There are 8,628 documents totaling 53,283 pages.

    d. On January 17, 2014, the government produced records previously produced to a Congressional committee conducting an investigation of offshore tax evasion. There are 7,908 documents totaling 211,803 pages.

    e. On January 17, 2014, the government produced records presented to Department of Justice regarding UBS AG's cross-border banking business. There are 438 documents totaling 3,880 pages.

  6. There were no physical or mental examinations or scientific tests or experiments made in connection with this case.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), and <u>United States v. Agurs</u>, 427 U.S. 97 (1976).

D. The government has produced to the defendant two non-prosecution agreements with prospective government witnesses. The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of <u>Giglio v. United States</u>, 405 U.S. 150 (1972), or <u>Napue v. Illinois</u>, 360 U.S. 264 (1959).

E. The government shall supply the defendant with a record of prior convictions of any alleged informant who will testify for the government at trial.

F. The defendant was not identified in a lineup, show up, photo spread or similar identification proceedings.

G.        The government has advised its agents and officers involved in this case to preserve all rough notes.

H.        The government will timely advise the defendant of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

I.        The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.        The government has transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.        No contraband is involved in this indictment.

L.        The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M.        The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

N.        To date, the government has not received a request for disclosure of the subject-matter of expert testimony that the government reasonably expects to offer at trial.

O.        The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

P.        The government will seek written stipulations to agreed facts in this case, to be signed by the defendant and defense counsel.

  The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

        Respectfully submitted,

        WIFREDO FERRER
        UNITED STATES ATTORNEY

  By:    /s/
        Mark F. Daly
        Florida Bar No. A5501435
        Trial Attorney
        United States Department of Justice, Tax Division
        Northern Criminal Enforcement Section
        601 d Street NW - Room 7334
        Washington, DC  20004
        Tel:  (202) 514-5150
        Fax:  (202) 616-1786
        Mark.F.Daly@usdoj.gov

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by ECF and sent by electronic mail to counsel for the defendant.

                /s/
                Mark F. Daly
                Senior Litigation Counsel
                Tax Division
                U.S. Department of Justice