UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60322-CR-COHN

UNITED STATES OF AMERICA

vs.

RAOUL WEIL,

    Defendant.
_____/

**SPEEDY TRIAL REPORT**

    The United States of America, by and through its undersigned attorney, submits this Speedy Trial Report, pursuant to Local Rule 88.5.

    Defendant Raoul Weil ("Weil") was indicted on November 6, 2008. (DE 3). Weil was arrested on a provisional arrest warrant executed by Italian authorities in Bologna, Italy, on October 19, 2013. Following a waiver of extradition, Weil's initial appearance was held before U.S. Magistrate Judge Patrick M. Hunt on December 16, 2013. (DE 13). On January 7, 2014, Weil appeared before U.S. Magistrate Judge Alicia O. Valle for arraignment upon the Indictment and entered a plea of not guilty. (DE 26). Since then, no motions have been filed resulting in excludable time under Title 18, United States Code, § 3161(h). The United States respectfully submits that ten (10) days of non-excludable time have elapsed from

defendant's arraignment.  Title 18, United States Code, § 3161(c)(1).  Trial should commence within sixty (60) days.

                                        Respectfully submitted,

                                        WIFREDO A. FERRER
                                        UNITED STATES ATTORNEY

By:    s/ Mark F. Daly
          Mark F. Daly
          Senior Litigation Counsel
          Tax Division
          U.S. Department of Justice
          Attorney No. A5501435
          601 D Street, N.W. 7th Floor
          Washington, DC 20004
          Tel: (202) 514-5150
          Fax: (202) 616-1786
          email:  Mark.F.Daly@usdoj.gov

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on January 22, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                              s/ Mark F. Daly
                                              Mark F. Daly
                                              Senior Litigation Counsel
                                              Tax Division
                                              U.S. Department of Justice