UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

HONORABLE MAGISTRATE JUDGE LURANA S. SNOW, FT. LAUDERDALE, FL

STATUS CONFERENCE MINUTES

DEFT: RAOUL WEIL (no deft)    CASE NO: 08-60322-CR-Cohn

AUSA Mark Daly/ Jason Poole    ATTY Aaron Marcu/ Kimberly Zelnick
*Greg Tortella present*
                      (local: David Mandel, Esq.) *present*

DAR 11:09:53  TIME 5 min

*Discovery proceeding
55,000 pages +
3.8 million pages
agent files being evaluated
Parties will seek continuance
Trial time: 2½ weeks*


DEFT KERRY BULLOCK (J)#    CASE NO: 13-60284-CR-Cohn

AUSA Francis Viamontes *present*    ATTY Robert Stickney *present*

DAR 11:11:47  TIME 20

***HEARING ON BOND MATTER-POSSIBLE RESIDENCE (ECF No. 118)

*Ms. DeLaRosa Jose in Court — (sworn)
Gov't. no objection to Δ to visit w/ daughter — should be directed to PMH.
Residence approved. Δ released.*

*Calendar Call today
Discovery is out
5-7 days for trial
No motions*

DATE: 1-22-14    TIME 11:00am    PAGE 1