UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60322-CR-COHN-SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

RAOUL WEIL,

        Defendant.
_____/

## ORDER GRANTING CONTINUANCE OF TRIAL DATE

**THIS CAUSE** is before the Court on Defendant Raoul Weil's Unopposed Motion to Continue Trial and to Extend the Deadline for the Filing of Pre-Trial Motions [DE 35]. Having considered the motion and the reasons advanced therein, it is

ORDERED AND ADJUDGED that Defendant Raoul Weil's Unopposed Motion to Continue Trial and to Extend the Deadline for the Filing of Pre-Trial Motions is hereby **GRANTED**. Trial is reset for the two-week period commencing **October 14, 2014 at 9:00 a.m.** before the Honorable James I. Cohn, United States District Judge, United States Courthouse, 299 East Broward Boulevard, Courtroom 203E, Fort Lauderdale, Florida. Calendar Call will be held on **October 8, 2014 at 9:00 a.m**. All Pretrial Motions shall be filed no later than **July 11, 2014.** This Court will not consider any further Motions to Continue. <u>ALL COUNSEL AND DEFENDANTS MUST BE PRESENT.</u> At the request of the parties, the Court will entertain a change of plea hearing at the calendar call. **PLEASE NOTE: Qualification for Acceptance of Responsibility is jeopardized if an intention to enter a plea of guilty is not announced at or before the status conference noted above.** *see United States Sentencing*

*Commission Guidelines Manual, §3E1.1 application notes 1(h) and 6 ("[to] qualify under subsection (b)(2) the defendant must have notified authorities of his intention to enter a plea of guilty at a sufficiently early point in the process so that the government may avoid preparing for trial and the court may schedule its calendar efficiently.").*

**The judge who enters the first written order scheduling a case for trial on a date set, has priority over the services of the attorney so scheduled for the date set. Local Rule 16.3 A.4.**

It shall be the duty of the attorneys herein set to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the date set forth above.  If any counsel receives a written notice of a trial from another judge, in either state or federal court, that in any way conflicts with this trial schedule setting, it is the obligation of that attorney to notify that judge immediately so that the judge may reschedule his or her calendar, thus leaving counsel conflict scheduling free for this case. The Court finds that the ends of justice served by the granting of a continuance outweigh the best interest of the public and the Defendant in a speedy trial.

The Court finds that the period of delay from February 5, 2014 to the October 14, 2014 trial date excludable in calculating the period within which trial must commence in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

DONE AND ORDERED at Fort Lauderdale, Florida, this 6th day of February 2014.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

cc:   Jason Poole, AUSA
      Mark Daly, AUSA
      David Mandel, Esq.

Aaron Marcu, Esq.
Kimberly Zelnick, Esq.
U. S. Probation
U.S. Pretrial
U.S. Marshal