UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CR-60322

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RAOUL WEIL,

        Defendant

_____/

## DEFENDANT'S UNOPPOSED MOTION TO MODIFY
## THE CONDITIONS OF PRETRIAL RELEASE

       The Defendant, RAOUL WEIL, by and through his undersigned counsel, hereby moves this Court for an Order modifying the terms and conditions of Mr. Weil's pretrial release to include a scheduled periodic "time out."  The United States of America does not oppose this motion.  As grounds therefore, Mr. Weil states as follows:

       1.    This case arises from an Indictment charging Mr. Weil with one count of conspiracy to violate the tax laws of the United States in violation of 18 U.S.C. § 371.

       2.    Mr. Weil made his initial appearance before this Court on December 16, 2013.  Following a bond hearing on that date, the Court released Mr. Weil on (i) a $9 million personal surety bond co-signed by his wife, Susanne Lerch Weil, with a $4 million cash deposit; (ii) a $1 million corporate surety bond; and (iii) a $500,000 personal surety bond, co-signed by friends of Mr. Weil with whom he currently resides.  As additional conditions of bond, the Court ordered that Mr. Weil participate in the Home Confinement Program, subject to home detention and electronic monitoring except for court appearances, medical needs, and attorney visits.  Consistent with the Court's order,

Mr. Weil also surrendered his passport to Pretrial Services in the Southern District of Florida.

3. Mr. Weil was arraigned on the within indictment and entered a plea of not guilty on January 7, 2014. Also on that date, the Court entered an Order setting trial during the two-week period commencing February 18, 2014.

4. On February 5, 2014, in consideration of the exceptionally large volume of discovery and the complexity of the issues presented in this case, Mr. Weil filed an unopposed Motion to Continue Trial and to Extend the Deadline to File Pretrial Motions (Docket Entry 35).

5. The Court granted Mr. Weil's motion on February 6, 2014. The Court continued (i) trial until October 14, 2014; and (ii) the deadline for filing pretrial motions to July 11, 2014 (Docket Entry 36).

6. Mr. Weil has faithfully adhered to the conditions set by the Court since his release to the Home Confinement Program. Mr. Weil has left the residence to which he is currently confined, with the knowledge and approval of Pretrial Services in New Jersey, only for arraignment, medical appointments, religious observance, and attorney visits. Mr. Weil submits that his continued compliance with the conditions of pretrial release, in conjunction with the substantial cash he has deposited with the Court and bonds he and others have executed, demonstrate that he poses neither a risk of flight nor a danger to the community.

7. Mr. Weil asks the Court to modify the conditions of his release to enable him to leave the home to which he is confined for a two-hour period, three days per week (a "time-out"). Among the reasons Mr. Weil seeks additional freedom is to be able to exercise outdoors, to go shopping for food, to go to the pharmacy; and to run other errands as necessary.

8. Mr. Weil proposes:

    (a) that he remain in the Home Confinement Program;

   (b) that he be allowed a two-hour "time-out" three days per week during which he may leave the house to which he is confined consistent with a schedule approved by his supervising Pretrial Services Officer in the District of New Jersey on a weekly basis; and

   (c) that he continue to be subject to all other conditions of pretrial release currently in force, including that he remain under active GPS monitoring.

 9. Mr. Weil conferred with his supervising Probation Officers in the U.S. Probation Office in the District of New Jersey and the Southern District of Florida in advance of this motion to discuss alternative monitoring options.

 10. The U.S. Probation Office in the Southern District of Florida advised Mr. Weil that a scheduled "time out" is a viable option consistent with home confinement.

 11. Mr. Weil conferred with the Government in advance of this motion. The Government does not oppose the relief that he seeks.

 Wherefore, it is respectfully requested that the Court grant Defendant's Unopposed Motion to Modify the Conditions of Mr. Weil's pretrial release.

        Respectfully submitted,

        Aaron R. Marcu, *pro hac vice*
        Kimberly Zelnick, *pro hac vice*
        FRESHFIELDS BRUCKHAUS DERINGER LLP
        601 Lexington Avenue
        New York, NY 10022
        Telephone: 212.284.4954
        aaron.marcu@freshfields.com
        kimberly.zelnick@freshfields.com

        David S. Mandel
        MANDEL & MANDEL LLP
        1200 Alfred I. duPont Building

        169 East Flagler Street
        Miami, Florida 33131
        Telephone: 305.374.7771
        dmandel@mandel-law.com

By: /s/ *David S. Mandel*_____
    David S. Mandel
    Florida Bar No. 38040

*Counsel for the Defendant Raoul Weil*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed using CM/ECF with the Clerk of the Court and all Counsel of Record on this 23 day of April, 2014.

        By: /s/ David S. Mandel_____