UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60322-CR-COHN-SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

RAOUL WEIL,

        Defendant

_____/

## ORDER ON STIPULATION OF SUBSTITUTION OF COUNSEL

This matter came to be considered on the Stipulation of Substitution of Counsel of Kobre & Kim LLP and Mandel & Mandel LLP, attorneys for the defendant Raoul Weil. Having considered the Stipulation and being otherwise advised in the matter, it is

**ORDERED AND ADJUDGED** that Matthew Menchel and Adriana Riviere-Badell of Kobre & Kim LLP will be substituted for David S. Mandel of Mandel & Mandel LLP as counsel for the defendant Raoul Weil. The attorneys at Mandel & Mandel LLP are hereby relieved of all further responsibilities in this matter.

DONE AND ORDERED at Fort Lauderdale, Florida, this __8th__ day of July 2014.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

cc: All counsel of record