UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60322-CR-COHN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAOUL WEIL,

    Defendant.
_____/

**ORDER GRANTING IN PART DEFENDANT'S MOTION TO COMPEL
THE GOVERNMENT TO IMMEDIATELY DISCLOSE ALL *BRADY*
AND *GIGLIO* MATERIAL AND PRODUCE A BILL OF PARTICULARS**

**THIS CAUSE** is before the Court upon the Defendant's Motion to Compel the Government to Immediately Disclose All Brady and Giglio Material and Produce a Bill of Particulars [DE 47]. The Court has considered the motion, the Government's response [DE 48], and the Defendant's reply [DE 50], and is otherwise advised in the premises.

It is **ORDERED AND ADJUDGED** that the Defendant's Motion to Compel the Government to Immediately Disclose All Brady and Giglio Material and Produce a Bill of Particulars [DE 47] is **GRANTED in part** as follows:

1. The Government shall immediately produce to the Defendant all information and material known to the Government which may be favorable to the Defendant on the issue of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963).

2. The Government shall immediately disclose to the Defendant the existence and substance of any payments, promises of immunity, leniency, preferential

       treatment, or other inducements made to prospective Government witnesses within the scope of Giglio v. United States, 405 U.S. 150 (1972).

3. Any uncertainty by the Government as to the discoverability of certain material shall require timely submission to the Court for an *in camera* review.

4. Disclosure of Jencks Act statements shall be provided to the Defendant no later than 5:00 p.m. on the last business day prior to the witness being called to testify. A coconspirator statement which merely inculpates the coconspirator, without exculpating the Defendant or providing information favorable to the Defendant, does not fall within Brady and is therefore subject to production only through the Jencks Act.

5. The Defendant's motion for a bill of particulars is denied, as the Indictment fully informs the Defendant of the essential facts constituting the crime charged.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of July, 2014.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF