UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60322-CR-COHN-SELTZER

<u>CRIMINAL TRIAL MINUTES</u>          10/16/2014          DAY #3

<u>JUDGE JAMES I. COHN, PRESIDING</u>

UNITED STATES OF AMERICA,
Mark Daly, AUSA
Jason Poole, AUSA
Gregory Tortella, AUSA

VS.

RAOUL WEIL,
Matthew Menchel, Esq.
Aaron Marcu, Esq.
Kimberly Zelnick, Esq.
Adriana Riviere-Badell, Esq.

Deputy Clerk: Valarie Thompkins          Court Reporter: Pauline Stipes

---

9:00 A.M.     Jury Trial resumed
              Government witness- Hansruedi Schumacher
              Court recessed until 10/20/2014 at 9:00 a.m.