UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60322-CR-COHN-SELTZER

<u>CRIMINAL TRIAL MINUTES</u>         <u>10/20/2014</u>              <u>DAY #4</u>

<u>JUDGE JAMES I. COHN, PRESIDING</u>

UNITED STATES OF AMERICA,
Mark Daly, AUSA
Jason Poole, AUSA
Gregory Tortella, AUSA

VS.

RAOUL WEIL,
Matthew Menchel, Esq.
Aaron Marcu, Esq.
Kimberly Zelnick, Esq.
Adriana Riviere-Badell, Esq.

Deputy Clerk: Valarie Thompkins                Court Reporter: Pauline Stipes

8:30 A.M.     Jury Trial resumed
              Government witnesses- Hansruedi Schumacher, Juergen Homann and
                      Eskandar Ensafi.
              Court recessed until 10/21/2014 at 9:00 a.m.