UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60322-CR-COHN-SELTZER

<u>CRIMINAL TRIAL MINUTES</u>     11/03/2014     DAY #12

<u>JUDGE JAMES I. COHN, PRESIDING</u> 

UNITED STATES OF AMERICA,
Mark Daly, AUSA
Jason Poole, AUSA
Gregory Tortella, AUSA

VS.

RAOUL WEIL,
Matthew Menchel, Esq.
Aaron Marcu, Esq.
Kimberly Zelnick, Esq.
Adriana Riviere-Badell, Esq.

Deputy Clerk: Valarie Thompkins     Court Reporter: Pauline Stipes

---

8:30 A.M.     Jury Trial resumed
              Defendant rests
Defendant renewed his Motion for Judgment of Acquittal under Federal Rule of Criminal Procedure 29. The Court announced that it would reserve ruling on the Motion.
              Court's Instructions to the Jury
              Closing arguments
              Jury Verdict Not Guilty