UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60322-CR-COHN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAOUL WEIL,

    Defendant.
_____/

### VERDICT

We, the jury, unanimously find the Defendant Raoul Weil, as to Count One of the indictment:

GUILTY  _____  NOT GUILTY  ✓ _____

SO SAY WE ALL.

_____      11/3/14
FOREPERSON                       DATE