UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60322-CR-COHN-SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RAOUL WEIL,

        Defendant.
_____/

### QUESTION/NOTE FROM THE JURY TO THE COURT

WE HAVE A VERDICT !!

_____   11/3/14
/SIGN AND DATE