UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60322-CR-COHN-SELTZER

UNITED STATES OF AMERICA,
        Plaintiff,

VS.

RAOUL WEIL,
        Defendant.
_____/

## JUDGMENT OF ACQUITTAL

The above-entitled cause having come on for trial and the jury having found the defendant not guilty of Count 1 of the Indictment, it is

ORDERED AND ADJUDGED that pursuant to Rule 32(k) of the Federal Rules of Criminal Procedure, the Defendant Raoul Weil is hereby adjudged NOT GUILTY of Count 1 and is hereby discharged as to that count.

DONE AND ORDERED at Fort Lauderdale, Florida, this 3rd day of November 2014.

_____
JAMES I. COHN
UNITED STATES DISTRICT JUDGE

cc:    Jason Poole, AUSA
        Mark Daly, AUSA
        Gregory Tortella, AUSA
        Matthew Menchel, Esq.
        Aaron Marcu, Esq.
        Kimberly Zelnick, Esq.
        Adriana Riviere-Badell, Esq.
        U.S. Marshal Service
        U.S. Probation Office
        U.S. Pretrial Services